IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

                              ORDER

   v.                       07-cr-048-jcs-1

STEPHEN J. BARTHOLD,

        Defendant.

_____

    The undersigned recuses himself in the above entitled matter.

    Entered this 2nd day of January, 2008.

                       /s/

                    _____
                    JOHN C. SHABAZ
                    District Judge